## Albert Pappa, Appellee, v. David Zatz, Appellant. Gen. No. 45,009.

Lederer, Livingston, Kahn & Adsit, for appellant; Leo H. Arnstein, Richard C. Bleloch, and Maurice B. Wolf, of counsel; Gerard A. Serritella, for appellee. Opinion by PRESIDING JUSTICE TUOHY. Not to be published in full. Opinion filed May 8, 1950; rehearing denied May 22, 1950; released for publication May 23, 1950.